UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOAN KOSSOFF,

        Plaintiff,

Civ. Action No. 3:03CV00203(PCD)

v.

GENERAL ELECTRIC CAPITAL CORPORATION,    DATE: December 10, 2003

        Defendant.

**ATTORNEY CERTIFICATION TO REFLECT COMPLIANCE WITH MOTION-FILING DEADLINE PER JUDGE DORSEY'S SUPPLEMENTAL ORDER**

Pursuant to Paragraph 3 of His Honor's Supplemental Order on Motion Filing Procedure, I hereby certify that I have served Defendant with a Motion for Default for failure to plead in response to the 1/30/03 Complaint in this action. This is in compliance with His Honor's Order.

        Respectfully submitted,

        PAES & PAES, LLC
        Attorney for Plaintiff
        4 Washington Avenue
        Sandy Hook, CT 06482
        203-270-6441

By: _____
        MICHAEL T. PAES
        Federal Bar No. CT19303

4

CERTIFICATION   This is to certify that a copy of the attached attorney certification to reflect compliance with motion-filing deadline per Judge Dorsey's Supplemental Order was sent to Attorneys for Defendant, Attorney Lawrence Peickes, Wiggin & Dana, LLP, 400 Atlantic Street, PO Box 110325, Stamford, CT 06911-0325 via first class mail, postage prepaid, on this date.

MICHAEL PAES