UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOAN KOSSOFF,

        Plaintiff,

v.

GENERAL ELECTRIC CAPITAL CORPORATION,   12/11/03
        Defendant.

Civ. Action No. 3:03CV00203(PCD)

## JOINT MOTION FOR EXTENSION OF DISCOVERY SCHEDULE

Upon agreement, the Plaintiff and Defendant in this matter hereby jointly move this Court, pursuant to FRCP 26a et seq. and 6(a) for an extension of the Discovery Schedule as follows:

1. Depositions of fact witnesses to be completed on or before 2/1/04;

2. Plaintiff shall have until 2/1/04 to designate any expert witnesses and provide Defendant with reports of said retained expert witnesses;

3. Defendant shall have until 2/1/04 to designate any expert witnesses and provide Plaintiff with reports of said retained expert witnesses;

4. Deposition of any expert witnesses shall be completed no later than 21 days after Plaintiff provides reports; and

5. Dispositive motions shall be filed on or before 3/1/04.

The parties make this motion for the following reasons:

1. Plaintiff noticed Defendant for three fact witness depositions for December 2003, but



Defendant requested adjournments due to the unavailability of witnesses. Plaintiff has re-noticed Defendant with alternate dates in January 2004;

2. Plaintiff has designated its financial expert on a timely basis, and is awaiting the final report from said expert;

3. Counsel for Defendant is scheduled for trial in another matter in Litchfield Superior Court starting 12/9/03, with the trial likely to carry over through the next week.

There also is an outstanding motion by Plaintiff to Compel Responses to Documents Requests, filed 10/7/03. Followup discovery may prove necessary pending the Court's ruling. Beyond these issues, both parties state to the Court that the requested relief will allow discovery to be completed in this matter.

WHEREFORE, Plaintiff and Defendant respectfully request that this motion be granted in its entirety, together with such other and further relief as to this Court may deem just and proper.

Respectfully submitted,

WIGGIN & DANA, LLP
Attorney for Defendant
400 Atlantic Street, PO Box 110325
Stamford, CT 06911-0325
203-363-7609

By: _____
LAWRENCE PEIKES
Fed Bar No. CT07913

PAES & PAES, LLC
Attorney for Plaintiff
4 Washington Avenue
Sandy Hook, CT 06482
203-270-6441

By: _____
MICHAEL T. PAES
Federal Bar No. CT19303

2