FILED
Dec 29  2 21 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOAN KOSSOFF,

        Plaintiff,

Civ. Action No. 3:03CV00203(PCD)

v.

GENERAL ELECTRIC CAPITAL CORPORATION,   DATE: DECEMBER 24, 2003

        Defendant.

## RESPONSE TO DEFENSES

The Plaintiff in the above matter hereby responds to the Defenses from Defendant's Answer:

1. Plaintiff denies the allegations contained in the first defense.
2. Plaintiff denies the allegations contained in the second defense.
3. Plaintiff denies the allegations contained in the third defense.
4. Plaintiff denies the allegations contained in the fourth defense.
5. Plaintiff denies the allegations contained in the fifth defense.
6. Plaintiff denies the allegations contained in the sixth defense.
7. Plaintiff denies the allegations contained in the seventh defense.
8. Plaintiff denies the allegations contained in the eighth defense.
9. Plaintiff denies the allegations contained in the ninth defense.

10. Plaintiff denies the allegations contained in the tenth defense.

11. Plaintiff denies the allegations contained in the eleventh defense.

> Respectfully submitted,
>
> PAES & PAES, LLC
> Attorney for Plaintiff
> 4 Washington Avenue
> Sandy Hook, CT 06482
> 203-270-6441
>
> By: _____
> MICHAEL T. PAES
> Federal Bar No. CT19303

CERTIFICATION    This is to certify that a copy of this Motion to Compel was sent to Attorneys for Defendant, Attorney Lawrence Peickes, Wiggin & Dana, LLP, 400 Atlantic Street, PO Box 110325, Stamford, CT 06911-0325 via first class mail, postage prepaid, on this date.

MICHAEL PAES

2