UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOAN KOSSOFF,

    Plaintiff,

v.

GENERAL ELECTRIC CAPITAL CORPORATION,   12/11/03

    Defendant.

Civ. Action No. 3:03CV00203(PCD)

## JOINT MOTION FOR EXTENSION OF DISCOVERY SCHEDULE

Upon agreement, the Plaintiff and Defendant in this matter hereby jointly move this Court, pursuant to FRCP 26a et seq. and 6(a) for an extension of the Discovery Schedule as follows:

1. Depositions of fact witnesses to be completed on or before 2/1/04;

2. Plaintiff shall have until 2/1/04 to designate any expert witnesses and provide Defendant with reports of said retained expert witnesses;

3. Defendant shall have until 2/1/04 to designate any expert witnesses and provide Plaintiff with reports of said retained expert witnesses;

4. Deposition of any expert witnesses shall be completed no later than 21 days after Plaintiff provides reports; and

5. Dispositive motions shall be filed on or before 3/1/04.

The parties make this motion for the following reasons:

1. Plaintiff noticed Defendant for three fact witness depositions for December 2003, but