UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOAN KOSSOFF,

          Plaintiff,                    Civ. Action No. 3:03CV00203(PCD)

v.

GENERAL ELECTRIC CAPITAL CORPORATION,    DATE: OCTOBER 7, 2003

           Defendant.

## MOTION FOR ORDER

Pursuant to FRCP 37 *et seq.*, the Plaintiff in the above matter hereby moves this Court for an Order compelling Defendant to provide complete responses to Plaintiff's First Request for Production of Documents. Plaintiff also requests reasonable attorney's fees for the filing of this motion.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

FILED
Jan 6  11:30 AM '04