UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- X
JOAN KOSSOFF,                                    :
                                                 :    Civil Action No. 3:03CV00203 (PCD)
                  Plaintiff,            :
                                                 :
v.                                               :
                                                 :
GENERAL ELECTRIC CAPITAL                         :
CORPORATION,                                     :    MARCH 2, 2004
                                                 :
                  Defendant.            X
-------------------------------------------------------------

## CERTIFICATION OF COMPLIANCE

Pursuant to the Court's Supplemental Order re: Motion Filing Procedure Before Judge Dorsey ("the Supplemental Order"), this will certify that on March 1, 2004, defendant General Electric Capital Corporation timely served its motion for summary judgment, along with a supporting memorandum of law and the affidavits of William Duffek and Lawrence Peikes, on counsel for plaintiff Joan Kossoff in the above-captioned matter.

                                      Wiggin and Dana LLP
                                      400 Atlantic Street
                                      P.O. Box 110325
                                      Stamford, CT 06911-0325
                                      (203) 363-7600
                                      (203) 363-7676 (fax)

By: _____/s/ Lawrence Peikes_____
                    Lawrence Peikes (ct 07913)

                                      Attorneys for Defendant
                                        GENERAL ELECTRIC CAPITAL CORPORATION

2

## **CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing Certification of Compliance was served on this 2nd day of March, 2004, by first-class U.S. Mail, postage prepaid on:

> Michael Paes, Esq.
> Fern H. Paes, Esq.
> Paes & Paes, LLC
> 4 Washington Avenue
> Sandy Hook, CT  06482

_____
Lawrence Peikes

\2542\7\83746.1