UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
JOAN KOSSOFF,

                  Plaintiff,
                             Civ. Action No. 3:03CV00203(PCD)

v.

GENERAL ELECTRIC CAPITAL CORPORATION,    DATE: MARCH 10, 2004

                  Defendant.

## RESPONSE TO DEFENSES TO AMENDED COMPLAINT

The Plaintiff in the above matter hereby responds to the Defenses from Defendant's

Answer to the Amended Complaint:

1.       Plaintiff denies the allegations contained in the first defense.

2.       Plaintiff denies the allegations contained in the second defense.

3.       Plaintiff denies the allegations contained in the third defense.

4.       Plaintiff denies the allegations contained in the fourth defense.

5.       Plaintiff denies the allegations contained in the fifth defense.

6.       Plaintiff denies the allegations contained in the sixth defense.

7.       Plaintiff denies the allegations contained in the seventh defense.

8.       Plaintiff denies the allegations contained in the eighth defense.

9.       Plaintiff denies the allegations contained in the ninth defense.

                          Respectfully submitted,

                          MICHAEL T. PAES
                          Federal Bar No. CT19303
                          PAES & PAES, LLC
                          Attorney for Plaintiff
                          4 Washington Avenue
                          Sandy Hook, CT 06482
                          203-270-6441

CERTIFICATION     This is to certify that a copy of this Response to Defenses to Amended
Complaint was sent to Attorneys for Defendant, Attorney Lawrence
Peickes, Wiggin & Dana, LLP, 400 Atlantic Street, PO Box 110325,
Stamford, CT 06911-0325 via first class mail, postage prepaid, on this
date.

MICHAEL PAES

2