UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- X
JOAN KOSSOFF,                                             :
                                                          :   Civil Action No. 3:03CV00203 (PCD)
                              Plaintiff,                  :
                                                          :
v.                                                        :
                                                          :
GENERAL ELECTRIC CAPITAL                                  :
CORPORATION,                                              :   MARCH 1, 2004
                                                          :
                              Defendant.                  :
---------------------------------------------------------- X

## AFFIDAVIT OF WILLIAM DUFFEK

STATE OF MISSOURI    )
                     ) ss:
COUNTY OF ST. LOUIS  )

WILLIAM DUFFEK, being duly sworn deposes and says:

1. I am over the age of eighteen (18) and fully understand the meaning and significance of an oath. This affidavit is submitted in support of defendant's motion for summary judgment in the above-captioned case. All facts attested to herein are based on my own personal knowledge and/or books and records maintained by defendant in the ordinary course of business.

2. I am employed by GE Commercial Equipment Financing ("CEF") as Vice President & Risk Manager for CEF's Small Business Financing unit and have held this position since March 1997. For the entirety of my tenure in this position, my office has been located in St. Louis, Missouri, where CEF's Small Business Financing unit is based.

3. In early 2001, CEF's Commercial Asset Funding ("CAF") unit was merged into the Small Business Financing unit. As a consequence of this merger, the Small Business

1

Financing unit assumed responsibility for managing a substantial component of the loan and lease portfolio that GE Capital had acquired when it purchased Phoenixcor, Inc. ("Phoenixcor") in 1999.

4. In the Summer of 2001, Jennifer Cherry of CEF's Human Resources department inquired as to whether the Small Business Finance unit wished to retain a Phoenixcor portfolio customer support resource based in Norwalk. I saw no need to maintain a single customer support employee in a remote location. Rather, the Small Business Financing unit maintains centralized support capabilities in St. Louis, and thus had an existing customer support staff that was fully capable of servicing its entire portfolio, including the additional Phoenixcor loans and leases. Accordingly, I responded to Ms. Cherry that the Small Business Financing unit would not be taking on the customer support resource in Norwalk.

5. I do not recall discussing with Ms. Cherry the particular customer support employee in Norwalk about whom she inquired. I have since come to learn that the employee in question was Joan Kossoff, the plaintiff in this action. To the best of my recollection, I never worked with Ms. Kossoff, or even met her in person. At the time of Ms. Cherry's inquiry, and continuing to this day, I had, and have, no idea how old Ms. Kossoff was, nor did I, or do I, know anything about Ms. Kossoff's physical health. This is not information that Ms. Cherry shared with me as it was not at all germane to her inquiry.

6. My decision not to retain Ms. Kossoff to service a portion of the Small Business Financing unit's portfolio from her office in Norwalk had nothing to do with Ms. Kossoff personally, but was based entirely on cost, efficiency and other ordinary business considerations.

_William Duffek_ (signature)

William Duffek

Subscribed to and sworn before
me this 27th day of March 2004

_Sue M. Dauten_ (signature)
Notary Public

My commission expires on  1-25-2005

> SUE M. DAUTEN
> Notary Public - Notary Seal
> STATE OF MISSOURI
> Warren County
> My Commission Expires: Jan. 25, 2005

\2542\7\83558.1

3

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Affidavit of William Duffek was served on this 1st day of March, 2004, by first-class U.S. Mail, postage prepaid on:

> Michael Paes, Esq.
> Fern H. Paes, Esq.
> Paes & Paes, LLC
> 4 Washington Avenue
> Sandy Hook, CT  06482

_____
Lawrence Peikes