UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------------ X
JOAN KOSSOFF,                                    :
                                                 :   Civil Action No. 3:03CV00203 (PCD)
                      Plaintiff,                 :
                                                 :
v.                                               :
                                                 :
GENERAL ELECTRIC CAPITAL                         :
CORPORATION,                                     :   APRIL 2, 2004
                                                 :
                      Defendant.                 :
------------------------------------------------ X
```

### SUPPLEMENTAL AFFIDAVIT OF WILLIAM DUFFEK

STATE OF MISSOURI    )
                     ) ss:
COUNTY OF ST. LOUIS  )

WILLIAM DUFFEK, being duly sworn deposes and says:

1. I am over the age of eighteen (18) and fully understand the meaning and significance of an oath. This supplemental affidavit is submitted in support of defendant's motion for summary judgment in the above-captioned case. All facts attested to herein are based on my own personal knowledge and/or books and records maintained by defendant in the ordinary course of business.

2. On February 27, 2004, I executed an affidavit attesting to certain facts pertinent to defendant's motion for summary judgment. The notary block on the affidavit read "Subscribed to and sworn before me this __ day of March, 2004." Upon executing the document the blank was filled in with the number 27 to reflect that the affidavit was, as noted, signed by me on February 27, 2004. Neither I nor the notary noticed the March, 2004 date that was pre-printed on the affidavit prepared by counsel and, consequently, the month was not corrected to read

1

February, 2004. The affidavit was not post-dated, as I understand has been alleged by plaintiff's counsel; rather, it was inadvertently misdated.

_____
William Duffek

Subscribed to and sworn before
me this 2 day of April 2004

_____
Notary Public

My commission expires on 1-25-2005.

```
SUE M. DAUTEN
Notary Public - Notary Seal
STATE OF MISSOURI
Warren County
My Commission Expires: Jan. 25, 2005
```

\2542\7\85286.1

2

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing Supplemental Affidavit of William Duffek was sent on April 5, 2004 via U.S. Mail, postage prepaid to:

>Michael Paes, Esq.
>Paes & Paes, LLC
>4 Washington Avenue
>Sandy Hook, CT 06482

_____
Lawrence Peikes