UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ X
JOAN KOSSOFF,                                  :
                                               :  Civil Action No. 3:03CV00203 (PCD)
                Plaintiff,                     :
                                               :
v.                                             :
                                               :
GENERAL ELECTRIC CAPITAL                       :
CORPORATION,                                   :  APRIL 5, 2004
                                               :
                Defendant.                     :
------------------------------------------------------------ X

## AFFIDAVIT OF LAWRENCE PEIKES

STATE OF CONNECTICUT )
                           ) ss.:
COUNTY OF FAIRFIELD )

        LAWRENCE PEIKES, being duly sworn, deposes and says:

        1.    I am a partner with the firm of Wiggin and Dana LLP in Stamford, Connecticut, am over the age of eighteen years, understand the meaning and significance of an oath, and am admitted to practice before this Court. This modified affidavit is submitted in support of defendants' motion for summary judgment, and will serve to authenticate the written discovery and deposition excerpts referenced in defendants' memoranda of law.

        2.    The original version of this affidavit was sworn to, and served, on March 1, 2004. Thereafter counsel discovered that the document attached hereto at Tab G was inadvertently omitted. A copy of the document was promptly forwarded to plaintiff's counsel with a letter explaining the oversight and further advising counsel that a modified affidavit authenticating the document in question would be filed with the Court. Counsel has expressed no objection to the filing of this modified affidavit.

3. Attached hereto at Tab A is a true and correct copy of excerpts from the deposition of Joan Kossoff, conducted on August 7, 2003.

4. Attached hereto at Tab B is a true and correct copy of excerpts from the deposition of John Edel, conducted on January 20, 2004.

5. Attached hereto at Tab C is a true and correct copy of excerpts from the deposition of Jennifer Cherry, conducted on January 27, 2004.

6. Attached hereto at Tab D is a true and correct copy of excerpts from the deposition of Christine Wright, conducted on January 30, 2004.

7. Attached hereto at Tab E is a true and correct copy of exhibits introduced during the course of plaintiff's deposition.

8. Attached hereto at Tab F is a true and correct copy of exhibits introduced during the course of Ms. Cherry's deposition.

9. Attached hereto at Tab G is a true and correct copy of exhibits introduced during the course of Mr. Edel's deposition.

_____
Lawrence Peikes

Subscribed and sworn to before me
this 2nd day of April, 2004

_____
Notary Public
My Commission Expires Feb 28, 2006

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing Affidavit of Lawrence Peikes was served on this 5th day of April, 2004, by first-class U.S. Mail, postage prepaid on:

> Michael Paes, Esq.
> Fern H. Paes, Esq.
> Paes & Paes, LLC
> 4 Washington Avenue
> Sandy Hook, CT 06482

_____
Lawrence Peikes

\2542\7\85264.1