UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOAN KOSSOFF, | |
| Plaintiff, | NO.   3:03CV00203(PCD) |
| v. | |
| GENERAL ELECTRIC CAPITAL CORP., | April 22, 2004 |
| Defendant. | |

## MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF

Plaintiff JOAN KOSSOFF, by her attorney, hereby makes this motion to the Court pursuant to Section 6 of the Supplemental Order regarding Motion Practice of the Hon. Peter C. Dorsey for Leave to File the Sur-Reply to Defendant's 4/5/04 Reply Brief, a copy of which is attached. Plaintiff files this Sur-Reply to address errors of fact and law raised by Defendant in its Reply Brief.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave for Plaintiff to file the attached Sur-Reply Brief, together with such other and further relief as this Court may deem just and proper.

Respectfully submitted,
The Plaintiff, JOAN KOSSOFF

By: _____
MICHAEL T. PAES, ESQ.
Paes & Paes, LLC
4 Washington Avenue
Sandy Hook, CT 06482
203-270-6441/ Fed. Bar No. CT19303

CERTIFICATION - This is to certify that a copy of this motion for leave to amend and sur-reply brief was sent, via first class mail, postage prepaid, on this date, to Attorney Lawrence Peickes, Wiggin & Dana, LLP, 400 Atlantic Street, PO Box 110325, Stamford, CT 06911-0325.

MICHAEL T. PAES, ESQ.

15