UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOAN KOSSOFF : | |
| : | |
| VS. : | CASE NO. 3:03CV203 (PCD) |
| : | |
| GENERAL ELECTRIC CAPITAL CORP. : | |

**ENDORSEMENT ORDER**

The Motion for Leave to File Sur-Reply Brief, document no. 49, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 28th day of April, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court