UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOAN KOSSOFF,

        Plaintiff,

v.

GENERAL ELECTRIC CAPITAL CORP.,

        Defendant.

NO.   3:03CV00203(PCD)

April 22, 2004

### AFFIDAVIT OF MICHAEL PAES

STATE OF CONNECTICUT    )
                                  ) ss.:
COUNTY OF FAIRFIELD      )

MICHAEL PAES, being duly sworn, hereby deposes and says:

1. I am a partner with the firm of Paes & Paes, LLC in Sandy Hook, CT, and over the age of eighteen (18), and understand the nature of an oath, and am admitted to practice before this Court. This affidavit is submitted is opposition to Defendant's Motion for Summary Judgment, and will serve to authenticate the written discovery and deposition transcripts referenced in Plaintiff's attached Sup-Reply.

2. Attached as Exhibit A is a true and correct copy of excerpts from the deposition of Joan Kossoff, conducted on 8/7/03.

3. Attached as Exhibit B is a true and correct copy of excerpts from the deposition of John Edel, conducted on 1/20/04.

4. Attached as Exhibit C is a true and correct copy of excerpts from the deposition of Jennifer Cherry, conducted on 1/27/04.

5. Attached as Exhibit D is a true and correct copy of excerpts from the deposition of

Christine Wright, conducted on 1/30/04.

_____
MICHAEL T. PAES

Subscribed and sworn to before me this 22nd
day of April, 2004

_____
FERN PAES - Comm. of Superior Court

2