## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

JOAN KOSSOFF

    v.                                                                                        Civil No.  3:03 cv 203 (PCD)

GENERAL ELECTRIC CAPITAL CORPORATION

## **JUDGMENT**

This matter came on for consideration on the defendant's motion for summary judgment before the Honorable Peter C. Dorsey, Senior, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on February 14, 2005, entered a Ruling granting defendant's motion for summary judgment.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 16th day of February, 2005.

                                        KEVIN F.  ROWE, CLERK
                                        By     /s/


                                        Patricia A. Villano
                                        Deputy Clerk

EOD: _____