UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOAN KOSSOFF, | |
| Plaintiff, | Civ. Action No. 3:03CV00203(PCD) |
| v. | |
| GENERAL ELECTRIC CAPITAL CORPORATION, | 2/25/05 |
| Defendant. | |

## MOTION FOR RECONSIDERATION

Pursuant to LRCP 7(c), Plaintiff JOAN KOSSOFF, through her attorneys, hereby files this motion for reconsideration of the Court's decision to grant Defendant's Motion for Summary Judgment in the above matter. The Court disregarded factual evidence and legal authority submitted by Plaintiff in its decision, and as such, summary judgment was improperly reached.

    Respectfully submitted,

    Fern H. Paes
    Fed. Bar. No.CT21566
    PAES & PAES, LLC
    Attorney for Plaintiff
    4 Washington Avenue
    Sandy Hook, CT 06482
    203-270-6441

CERTIFICATION    This is to certify that a copy of this Motion for Reconsideration was sent to Attorneys for Defendant, Attorney Lawrence Peickes, Wiggin & Dana, LLP, 400 Atlantic Street, PO Box 110325, Stamford, CT 06911-0325 via first class mail, postage prepaid, on February 25, 2005.

    Fern H. Paes

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED