UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 2005 MAR 11 A 9: 49
U.S. DISTRICT COURT
NEW HAVEN, CT

JOAN KOSSOFF,

   Plaintiff,

v.

GENERAL ELECTRIC CAPITAL CORPORATION,

   Defendant.

Civ. Action No. 3:03CV00203(PCD)

DATE: March 10, 2005

## MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to FRAP 4(a)(5), Plaintiff JOAN KOSSOFF, respectfully requests leave to file its notice of appeal out of time. Plaintiff desires to appeal the judgment in this action entered on 4/14/04, but failed to file a notice of appeal within the required number of days because there is a pending Motion for Reconsideration of the Judgment, filed 2/16/05. Should the Motion be granted, it would make the need to file the appeal moot. As such, there would be no prejudice to Defendant. Plaintiff respectfully requests that the Court extend the time for Plaintiff to file a Notice of Appeal until ten days after the Court's ruling on the motion for reconsideration.

  Plaintiff has consulted with counsel for Defendant, who stated Defendant will not oppose this motion.

  WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion in its entirety, together with such other and further relief as to this Court may deem just and proper.

DATE: 3/10/05

          Respectfully submitted,

          PLAINTIFF JOAN KOSSOFF

    BY: _____
       MICHAEL PAES, ESQ. - Paes & Paes, LLC
       4 Washington Avenue
       Sandy Hook, CT 06482
       203-270-6441, Fed. Bar No. CT 19303

CERTIFICATION - This is to certify that a copy of this Motion was sent, via first class mail, postage prepaid, on this date to:

Attorneys Lawrence Peikes
Wiggins & Dana LLP - Attorney for Defendant
400 Atlantic Street, PO Box 112325
Stamford, CT  06911-0325

                          MICHAEL PAES

2