FORM 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOAN KOSSOFF,

          Plaintiff,

v.

GENERAL ELECTRIC CAPITAL CORPORATION,

          Defendant.

Civ. Action No. 3:03CV00203(PCD)

FILED
2005 MAR 14 P 3:46
U.S. DISTRICT COURT
NEW HAVEN. CT

## NOTICE OF APPEAL

1. Pursuant to F.R.A.P. 4(a)(1) Plaintiff JOAN KOSSOFF hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order (attach copy of Judgment or Order):

2. The Judgment/Order in this action was entered on 2/16/05.

By:    FERN PAES, ESQ.
         Paes & Paes, LLC
         4 Washington Avenue
         Sandy Hook, CT 06482
         (203) 270-6441
         CT 21566

Date: 3/14/05

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2005 FEB 16 P 2: 31
U.S. DISTRICT COURT
NEW HAVEN, CT

JOAN KOSSOFF

v.   Civil No. 3:03 cv 203 (PCD)

GENERAL ELECTRIC CAPITAL CORPORATION

### JUDGMENT

This matter came on for consideration on the defendant's motion for summary judgment before the Honorable Peter C. Dorsey, Senior, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on February 14, 2005, entered a Ruling granting defendant's motion for summary judgment.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 16th day of February, 2005.

KEVIN F. ROWE, CLERK
By

*Patricia A. Villano*

Patricia A. Villano
Deputy Clerk

EOD: 2/16/05

CERTIFICATION    This is to certify that a copy of this Notice of Appeal was sent to Attorneys for Defendant, Attorney Lawrence Peickes, Wiggin & Dana, LLP, 400 Atlantic Street, PO Box 110325, Stamford, CT 06911-0325 via first class mail, postage prepaid, on this date.

FERN PAES