# United States District Court

_____ DISTRICT OF ___Connecticut___

| | |
|---|---|
| Joan Kossoff | **BILL OF COSTS** |
| V. | Case Number: 3:03cv0203 (PCD) |
| General Electric Capital Corporation | |

Judgment having been entered in the above entitled action on __02/16/05__ against __Joan Kossoff__,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................ | $ _____ |
| Fees for service of summons and subpoena ............................................. | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case . | $2,219.15 |
| Fees and disbursements for printing ................................................... | _____ |
| Fees for witnesses (itemize on reverse side) ........................................... | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | 345.60 |
| Docket fees under 28 U.S.C. 1923 ..................................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ........................................ | _____ |
| Compensation of court-appointed experts .............................................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs (please itemize) .......................................................... | _____ |
| TOTAL | $ 2,564.75 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __Michael T. Paes, Esq.; 4 Washington Avenue; Sandy Hook, CT. 06482__

Signature of Attorney: _[signature]_

Name of Attorney: __Lawrence Peikes__

For: __Defendant General Electric Capital Corporation__    Date: __3/23/05__
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court                Deputy Clerk                Date

Sullivan Court Reporting Company... A DocuTran Company
388 Tarrytown Road
White Plains, NY 10607
(914) 949-4545   Fax (914) 949-4662

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 9467 | 09/02/2003 | 01-6382 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/07/2003 | LIZANI | |

**CASE CAPTION**

GE vs. Kokoff

**TERMS**

Due upon receipt

Michael Paes, Esq.
Paes & Paes, LLC
4 Washington Avenue
Sandy Hook, CT 06482

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Joan Kossoff | 262 Pages @ | 3.00/Page | 786.00 |
| EXHIBITS | 35 Pages @ | .25/Page | 8.75 |
| Processing, S/H | | | 15.00 |
| | | TOTAL DUE >>>> | 809.75 |

Working with you is a pleasure, prompt payment appreciated.
*** THIS INVIOCE WAS PAID BUY CREDIT CARD***

TAX ID NO.: 13-4166740                                      (203) 270-6441

*Please detach bottom portion and return with payment.*

Michael Paes, Esq.
Paes & Paes, LLC
4 Washington Avenue
Sandy Hook, CT 06482

Invoice No.: 9467
Date        : 09/02/2003
**TOTAL DUE** :     809.75

Job No.  : 01-6382
Case No. :
GE vs. Kokoff

Remit To:   **Sullivan Court Reporting Company... A DocuTran Company**
            **388 Tarrytown Road**
            **White Plains, NY 10607**



# Invoice

**Invoice #**
13717

**Invoice Date**
2/17/2004



**Bill To**

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic Street, 7th Floor
Stamford, Connecticut 06911-0325

| Case Caption | Date Taken | Reporter | Your File # |
|---|---|---|---|
| KOSSOFF V. GE CAPITAL | 2/10/2004 | DC | |

| Description | Pages | Amount |
|---|---|---|
| GARY M. CRAKES | 110 | 522.50 |
| Original & 1 Copy, Mini  (Original sent directly to witness) | | |
| Expert Witness | 110 | 27.50 |
| Exhibit Duplication - N/C | | 0.00 |
| Attendance Fee | | 50.00 |
| Pkg/Hdlg | | 15.00 |

FedEx tracking number: 348386310001201

FedEx tracking number: 348386310001225
(Gary Crakes)



**Total**    **$615.00**

*Due on Receipt. Please include invoice number on remittance. Thank you!*

| Contact | Remit to | Tax ID# |
|---|---|---|
| tele: 914.684.9009<br>fax:  914.684.6561 | DALCO Reporting, Inc.<br>170 Hamilton Avenue<br>White Plains, New York 10601 | 13-3668189 |

2005-03-17 19:09:44 (GMT)  19142063986  From: Dalco Court Reporting and Legal Video



# Invoice



**Invoice #**
13717

**Invoice Date**
2/17/2004

**Bill To**

Lawrence Peikes, Esq.
Wiggin & Dana, LLP
400 Atlantic Street, 7th Floor
Stamford, Connecticut 06911-0325

| Case Caption | Date Taken | Reporter | Your File # |
|---|---|---|---|
| KOSSOFF V. GE CAPITAL | 2/10/2004 | DC | |

| Description | Pages | Amount |
|---|---|---|
| GARY M. CRAKES | 110 | 522.50 |
| Original & 1 Copy, Mini (Original sent directly to witness) | | |
| Expert Witness | 110 | 27.50 |
| Exhibit Duplication - N/C | | 0.00 |
| Attendance Fee | | 50.00 |
| Pkg/Hdlg | | 15.00 |

FedEx tracking number: 348386310001201

FedEx tracking number: 348386310001225
(Gary Crakes)



**Total**  $615.00

*Due on Receipt. Please include invoice number on remittance. Thank you!*

| Contact | Remit to | Tax ID# |
|---|---|---|
| tele: 914.684.9009<br>fax: 914.684.6561 | DALCO Reporting, Inc.<br>170 Hamilton Avenue<br>White Plains, New York 10601 | 13-3668189 |

# Invoice

**Greater Danbury Court Reporters**

P.O. Box 354
Danbury, CT 06813
(203) 792-9695/FAX 798-0725
TAX ID 06-1358256

| DATE | INVOICE # |
|---|---|
| 1/26/2004 | 5346 |

**BILL TO**

Wiggin and Dana
400 Atlantic Street
PO Box 110325
Stamford, CT 06911-0325
Attn: L. Peikes, Esq.

| DESCRIPTION | AMOUNT |
|---|---|
| RE: Kossoff v GE | |
| Copy of Deposition of JOHN EDEL, 129 pages, held 1/20/04 | 258.00T |
| State Sales Tax | 15.48 |

Thank you.

**Total** $273.48

# Invoice

**Greater Danbury Court Reporters**

P.O. Box 354
Danbury, CT 06813
(203) 792-9695/FAX 798-0725
TAX ID 06-1358256

| DATE | INVOICE # |
|---|---|
| 2/12/2004 | 5353 |

BILL TO

Wiggin and Dana
400 Atlantic St.
PO Box 110325
Stamford, CT 06911-0325
Attn: L. Peikes, Esq.

| DESCRIPTION | AMOUNT |
|---|---|
| RE: Kossoff v GE | |
| Copy of Deposition of Jennifer Cherry, 152 pages, held 1/27/04 | 304.00T |
| Copy of Deposition of Christine Wright, 89 pages, held 1/30/04 | 178.00T |
| Subtotal | 482.00 |
| | |
| Copies of Exhibits, 40 pages | 10.00 |
| State Sales Tax | 28.92 |

Thank you.

**Total**  $520.92