

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

---------------------------------------------------------------X
JOAN KOSSOFF,

       Plaintiff,

v.

       Docket No. 05-1408-cv
       DC Docket No. 03-cv-203

GENERAL ELECTRIC CAPITAL CORPORATION,

       Defendant/Appellee.
---------------------------------------------------------------X

nhct
03-cv-203
Dorsey

## STIPULATION

The parties hereby stipulate that the above matter be dismissed with prejudice.

PLAINTIFF/APPELLANT
JOAN KOSSOFF

By: _____
MICHAEL PAES, ESQ. - Her Attorney
Paes & Paes, LLC
4 Washington Avenue
Sandy Hook, CT 06482
203-270-6441

DEFENDANT/APPELLEE
GENERAL ELECTRIC CAPITAL CORPORATION

By: _____
LAWRENCE PEIKES, ESQ. - Its Attorney
Wiggin and Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
203-363-7600

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

June 9, 2005

A TRUE COPY
Roseann B. MacKechnie, CLERK

By _____
DEPUTY CLERK

CERTIFIED: 6/9/05